# EXHIBIT A

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

In re:                                          COMPLEX LITIGATION DIV.

ASSIGNMENT FOR THE BENEFIT OF                   Case No. CACE-21-010056
CREDITORS OF

LIBERTY POWER CORP., LLC,

      Assignor,

To:   PHILIP J. VON KAHLE,

      Assignee.
_____/

## NOTICE OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS

TO:   ALL CREDITORS AND OTHER INTERESTED
      PARTIES

**PLEASE TAKE NOTICE THAT:**

     1.    On May 19, 2021, a petition was filed commencing an Assignment for the Benefit of Creditors proceeding, pursuant to Chapter 727 of the Florida Statutes, made by Liberty Power Corp., LLC (the "Assignor"), with its principal place of business at 2100 West Cypress Creek Road, Suite 130, Fort Lauderdale, FL 33309 to Philip J. Von Kahle (the "Assignee"), whose address is 1883 Marina Mile Blvd., Suite 106, Fort Lauderdale, Florida 33315.

     2.    Pursuant to Florida Statutes, Section 727.105, no proceeding may be commenced against the Assignee except as provided in Chapter 727 and except in the case of a perfected, secured creditor enforcing its rights and collateral under Chapter 679, there shall be no levy, execution, attachment, or the like in the respect of any judgment against assets of the estate, other than real property, in the possession, custody, or control of the Assignee.

3. YOU ARE HEREBY further notified that in order to receive any dividend in the above-captioned proceeding, you must file the enclosed proof of claim with the Assignee, Philip J. Von Kahle, of Michael Moecker & Associates, Inc., whose address is 1883 Marina Mile Blvd., Suite 106, Fort Lauderdale, Florida 33315, so as to be received **September 16, 2021** (120 days from the date of the filing of the Petition).

Dated:  May 21, 2021

Respectfully submitted,

BAST AMRON LLP
*Proposed Attorneys for Assignee*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, FL 33131
Telephone:  305.379.7904
Facsimile:   305.379.7905
Email: jbast@bastamron.com
Email: dquick@bastamron.com

By: */s/ Dana R. Quick*
       Jeffrey P. Bast, Esq. (FBN 996343)
       Dana R. Quick, Esq. (FBN 0074402)

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

In Re:

**LIBERTY POWER CORP., LLC**

Assignor,   Case No.: CACE-21-010056

To:

PHILIP J. VON KAHLE,

Assignee,

_____/

## PROOF OF CLAIM

TO RECEIVE ANY DIVIDEND IN THIS PROCEEDING, YOU MUST COMPLETE THIS PROOF OF CLAIM AND DELIVER IT TO THE ASSIGNEE NO LATER THAN:

**SEPTEMBER 16, 2021**

THE ASSIGNEE'S NAME AND ADDRESS ARE AS FOLLOWS:
Philip J. Von Kahle, Assignee
MICHAEL MOECKER & ASSOCIATES, INC.
1883 Marina Mile Blvd., Suite 106
Fort Lauderdale, FL 33315
(954) 252-1560   ·   (954) 252-2791 Fax No.
Info@Moecker.com

1. **CREDITOR NAME (Your name):** _____
   **ADDRESS:** _____
   _____
   **TELEPHONE NUMBER:** _____
   **E-MAIL ADDRESS:** _____

   *Please be sure to notify us if you have a change of address.*

2. **BASIS FOR CLAIM:**
   [ ] Goods Sold            [ ] Wages, Salaries and Compensations     [ ] Secured Creditor
   [ ] Services Performed    [ ] Taxes
   [ ] Money Loaned          [ ] Customer Deposit
   [ ] Shareholder           [ ] Other: _____

3. **DATE DEBT WAS INCURRED:** _____

4. **AMOUNT OF CLAIM:** _____

5. **SUPPORTING DOCUMENTS:** **Attach copies of supporting documents**, such as promissory notes, purchase order, invoices, itemized statement of running accounts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

6. **SIGNATURE:** Sign and print name and title, if any, of the creditor or other person authorized to file this claim:

   DATED:_____   BY:_____
                                        Signature of Claimant or Representative

   _____
   **Print Name** and Title Here