# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TERRI PEPPER, ANN BENITEZ, DENISE ARNOLD, and SAMUEL ROGERS,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § § | **CIVIL ACTION NO. 4:20-cv-2964** |
| **LIBERTY POWER CORP., LLC,** | § § § | |
| **Defendant.** | § | |

## ORDER

On this day came to be considered Hogan Lovells US LLP's unopposed motion to withdraw as counsel for Defendant Liberty Power Corp., LLC. Having considered this motion and the applicable law, the Court hereby GRANTS Hogan Lovells US LLP's motion to withdraw from further representation of Defendant Liberty Power Corp., LLC.

It is so ORDERED.

_____                    _____
Date                                                                                   The Honorable Alfred H. Bennett
                                                                                         United States District Judge