# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Terri Pepper,** *et al.*, | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-02964 |
| | § | |
| **Liberty Power Corp, LLC** | § | |
| **Defendant.** | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Terri Pepper, *et al*, acting through counsel, hereby voluntarily dismisses the above-styled action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a).

Dated: September 2, 2021.

Respectfully Submitted,

/s/ Derek M. Bast
Sean C. Wagner (N.C. Bar No. 50233), *pro hac vice*
Derek M. Bast (N.C. Bar No. 49069), *pro hac vice*
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-7787
sean.wagner@wagnerhicks.law
derek.bast@wagnerhicks.law

Cory S. Fein (TX Bar No. 06879450)
CORY FEIN LAW FIRM
712 Main Street, Suite 800
Houston, TX 77002
(281) 254-7717
(530) 748 - 0601 (fax)
cory@coryfeinlaw.com

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the foregoing by email, addressed to the following person(s) at the following address(es):

        Liberty Power Corp., LLC
        c/o Corporate Creations Network, Inc., Registered Agent
        3411 Silverside Road
        Tatnall Building, Suite 104
        Wilmington, DE 19810

Date:  September 2, 2021.

                                  /s/ Derek M. Bast
                                  Derek M. Bast