United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRI PEPPER, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-02964 |
| | § | |
| LIBERTY POWER CORP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed September 2, 2021 (Doc #21 ), this case

is  hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure.

It is so ORDERED. 09/13/2021.

_____
The Honorable Alfred Bennett
United States District Judge